In the Matter of MAX G. NEUHAUSER, Appellant, against FIORELLO H. LAGUARDIA et al., Constituting the Board of Estimate and Apportionment of the City of New York, et al., Respondents.

Argued September 28, 1937; decided October 12, 1937.

*Alfred J. Talley* for appellant.

*Paul Windels, Corporation Counsel* (*Paxton Blair* and *Jeremiah M. Evarts* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.